IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00425-PSF-PAC

MARY HAUTMANN;
RUTH TRAUPE,

    Plaintiffs,

v.

COLONIAL LIFE & ACCIDENT INSURANCE COMPANY,
a South Carolina corporation,

    Defendant

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

This matter comes before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice (Dkt. # 20).  The Court, having reviewed the stipulation, the file and otherwise being advised,

HEREBY ORDERS that this case is dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

DATED:  July 8, 2005

                                             BY THE COURT:

                                             s/ Phillip S. Figa

                                             _____
                                             Phillip S. Figa
                                             United States District Judge